IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03114-REB-KLM

CHANTEE FERRIN,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC SHORT-TERM DISABILITY PLAN,
LEVEL 3 COMMUNICATIONS, LLC LONG-TERM DISABILITY PLAN,
LEVEL 3 COMMUNICATIONS, LLC, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting Discovery** [#36] (the "Motion").[1]  Plaintiff has failed to comply with D.C.COLO.LCivR 7.1(a), which provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Motion may be denied on this basis alone.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#36] is **DENIED without prejudice**.

    Dated: December 7, 2015

---

[1] The Motion does not comply with D.C.COLO.LCivR 10.1(e), which mandates that "[a]ll pleadings and documents shall be double spaced."  Any documents filed in the future which do not comply with this rule may be summarily stricken.