IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03114-REB-KLM

CHANTEE FERRIN,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC SHORT-TERM DISABILITY PLAN,
LEVEL 3 COMMUNICATIONS, LLC LONG-TERM DISABILITY PLAN,
LEVEL 3 COMMUNICATIONS, LLC, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Amended Motion Requesting Discovery** [#39] (the "Amended Motion"). The Court denied without prejudice Plaintiff's initial Motion Requesting Discovery [#36] for failure to confer pursuant to Local Rule 7.1(a). *Minute Order* [#38]. The Amended Motion [#39] corrects that error. However, the Court also noted that the original Motion failed to comply with D.C.COLO.LCivR 10.1(e), which mandates that "[a]ll pleadings and documents shall be double spaced." *Minute Order* [#38]. The Court warned Plaintiff that "[a]ny documents filed in the future which do not comply with this rule may be summarily stricken." *Id.* The present Amended Motion [#39] fails to correct that error. Given the Court's explicit reminder, which was provided to Plaintiff less than two weeks before the present Amended Motion was filed, the Court finds that Plaintiff has failed to comply with Local Rule 10.1(e). The Motion may be denied on this basis alone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#39] is **STRICKEN** for failure to comply with Local Rule 10.1(e).

    Dated: December 21, 2015