IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

Courtroom Deputy: Laura Galera              FTR - Reporter Deck - Courtroom A-401
Date: January 11, 2016                      Alfred A. Arraj United States Courthouse

Civil Action No. 14-cv-03114-PAB-KLM

*Parties*:                                  *Counsel*:

CHANTEE FERRIN,                             Brian A. Murphy

     Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC,                Karen Duwaldt
SHORT TERM DISABILITY PLAN, ET AL.,         Jack M. Englert, Jr.

     Defendants.

### COURTROOM MINUTES

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:   1:58 p.m.**
Court calls case. Appearance of counsel.

Discussion by counsel and the Court regarding Second Amended Motion Requesting Discovery [#42] and Montion [sic] to Stay All Deadlines in the Scheduling Order [#44]. For the reasons as stated on the record it is:

**ORDERED:**  Second Amended Motion Requesting Discovery [#42] is
              DENIED WITHOUT PREJUDICE.

**ORDERED:**  Montion [sic] to Stay All Deadlines in the Scheduling Order [#44] is
              GRANTED.  All deadlines and discovery are STAYED until such time as
              the Court issues a further order.

**ORDERED:**  Defendants are ordered to file their partial Motions for Summary Judgment
              **no later than January 22, 2016.**  If Plaintiff seeks discovery relating to the

      Motions for Summary Judgment, he may file a Motion Requesting
Discovery under Fed. R. Civ. P. 56(d) before the response deadline.

HEARING CONCLUDED.

**Court in recess:     2:18 p.m.**

Total Time:  00:20

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.