**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03114-REB-KLM

CHANTEE FERRIN,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC SHORT-TERM DISABILITY PLAN;
LEVEL 3 COMMUNICATIONS, LLC LONG-TERM DISABILITY PLAN;
LEVEL 3 COMMUNICATIONS, LLC; and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Notice of Settlement** [#50][2] filed February 12, 2016. After careful review of the notice and the record, the court concludes that the notice should be approved.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Notice of Settlement** is approved;

      2. That dismissal papers shall be filed by **March 14, 2016**;

      3. That all pending motions, including but not limited to, documents [#35], [#48], and [#49] are denied as moot.

      Dated: February 12, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#50]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.